AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> *Plaintiff(s)* <br> v. <br> EDIMAX TECHNOLOGY CO., LTD., <br><br> *Defendant(s)* | ) ) ) ) ) ) )  Civil Action No.  4:21-cv-855-ALM ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Edimax Technology Co., Ltd.
SERVE: Texas Secretary of State
James E. Rudder Building
1019 Brazos, Room 105
Austin, TX 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  American Patents LLC
c/o ANTONELLI, HARRINGTON & THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   **11/2/21**

*David A. O'Toole*
*Signature of Clerk or Deputy Clerk*

CAUSE NO. 4:21-cv-855-ALM

| | | |
|---|---|---|
| AMERICAN PATENTS LLC | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | SMITH COUNTY, TEXAS |
| | § | |
| Edimax Technology Co., Ltd. | § | |
| Defendant. | § | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Nov 2, 2021, 3:27 pm**,

SUMMONS IN A CIVIL ACTION, ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT,

and was executed at **1019 Brazos St ROOM 105, Austin, TX 78701** within the county of **Travis** at **11:01 AM** on **Wed, Nov 03 2021**, by delivering a true copy to the within named

EDIMAX TECHNOLOGY CO., LTD. SERVE: TEXAS SECRETARY OF STATE

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Darrell Fletcher**, my date of birth is **04/28/1962**, and my address is **17844 Glacier Bay St, Pflugerville, TX 78660**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **TRAVIS** County, State of **TX**, on **November 03, 2021**.

*/s/ Darrell Fletcher*

Darrell Fletcher
Certification Number: PSC 16259
Certification Expiration: 02/28/2023