# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>EDIMAX TECHNOLOGY CO., LTD.,<br><br>Defendant. | CIVIL ACTION NO. 4:21-cv-855-ALM<br><br>**<u>JURY TRIAL DEMANDED</u>** |

## <u>AGREED MOTION TO DISMISS</u>

WHEREAS, Plaintiff American Patents LLC ("American") and Defendant Edimax Technology Co., Ltd. ("Edimax") have resolved American's claims for relief against Edimax asserted in this case.

NOW, THEREFORE, American, through its attorneys of record, requests this Court to dismiss all claims asserted by American against Edimax with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

| | |
|---|---|
| Dated: February 11, 2022 | Respectfully submitted,<br><br><u>/s/ *Zachariah S. Harrington*</u><br>Matthew J. Antonelli<br>Texas Bar No. 24068432<br>matt@ahtlawfirm.com<br>Zachariah S. Harrington<br>Texas Bar No. 24057886<br>zac@ahtlawfirm.com<br>Larry D. Thompson, Jr.<br>Texas Bar No. 24051428<br>larry@ahtlawfirm.com<br>Christopher Ryan Pinckney |

Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for American Patents have conferred with counsel for Edimax Technology Co., Ltd., who confirms that this motion is agreed.

By:/s/ *Zachariah S. Harrington*
Zachariah S. Harrington

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronics service are being served with a copy of this document via the Court's CM/ECF system on February 11, 2022.

By:/s/ *Zachariah S. Harrington*
Zachariah S. Harrington